LAW OFFICES

# BASS & ASSOCIATES

A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

October 11, 2012

United States Bankruptcy Court
Western District of Pennsylvania
17 South Park Row B160
Erie, PA 16501

Re:        Gary Lee Brown
           Colleen Ruth Brown
Case No.:  11-11647
Claim No.: 16-2

To Whom It May Concern:

We represent United Consumer Financial Services in the above referenced matter. Our firm filed the above listed amended proof of claim on behalf of our client on March 16, 2012 in the amount of $1507.90. Upon reviewing case information, we respectfully request the above amended proof of claim be withdrawn.

We further request the original claim 16-1 filed on March 14, 2012 in the amount of 1380.00 be allowed to stand.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jill A Sturgeon
Bass & Associates, P.C.
Authorized Agent for
United Consumer Financial Services
Admitted in Arizona
SBA 026380